MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6488
   Fax:  (415) 436-6838
   Email: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-558-VRW |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
|    v. ) | ORDER SETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME |
| ) | FROM OCTOBER 8, 2010 THROUGH |
| BENJAMIN MICAH PRINGLE, ) | NOVEMBER 12, 2010 |
|    Defendant. ) | |

[PROPOSED] ORDER
CR 10-0558-VRW

1  The above-captioned case is currently assigned to be heard before this Court, but has no
2  future date set for appearance. Accordingly, the parties jointly request that Court add this matter
3  to its criminal calendar on November 12, 2010 for change of plea.
4  Further, the parties stipulate and jointly request that time be excluded from the Speedy
5  Trial Act calculations from October 8, 2010 through November 12, 2010 for effective
6  preparation and continuity of counsel. The exclusion of time is necessary for defense counsel to
7  review the discovery that the government has provided to defense counsel. The parties agree
8  that the ends of justice served by granting such a continuance outweighed the best interests of the
9  public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

  10-8-10                                             /s/
 DATED                                  MELINDA HAAG
                                        United States Attorney
                                        Northern District of California
                                        MATTHEW L. McCARTHY
                                        Assistant United States Attorney


  10-8-10                                             /s/
 DATED                                  STEVEN KALAR
                                        Attorney for BENJAMIN PRINGLE

**[~~PROPOSED~~] ORDER**

For good cause shown, this matter shall be added to the Court's calendar on Friday, November 12, 2010 for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from October 8, 2010 through November 12, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

10/13/2010
DATED

HON. VAUGHN R. WALKER
Chief United States District Court Judge