IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN MICAH PRINGLE,<br><br>    Defendant. | No. CR 10-0558 VRW<br><br>[PROPOSED] STIPULATED ORDER REFERRING MATTER TO PROBATION TO BEGIN PRESENTENCE REPORT<br><br>**Hearing Date:** November 29, 2010 at 2:00 p.m. |

    The defendant, Benjamin Pringle, has agreed to a proposed disposition in which he has agreed to proceed by way of Information and plead to two counts of possession of controlled substances for distribution, in violation of 21 USC § 841. The parties have negotiated a proposed plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C), and Mr. Pringle intends to plead guilty at his first appearance before this Court. The defendant is in custody at the Glenn E. Dyer jail in Oakland.

    Because of the Court's schedule, the first available date for Mr. Pringle to enter a guilty plea is Monday, November 29, 2010 at 2:00 p.m.. In order to expedite the sentencing for this in-custody defendant, the defense has requested that the matter be immediately be referred to the Office of Probation to begin the presentence report. By the date of the defendant's change of plea on November 29, the presentence report will then be well underway and sentencing

*Pringle*, CR 10-0558 VRW
ORD. INITIATING
PRESENTENCE REPORT

1  can be set for December 2010 or early January 2011.

2      The government has no objection to this proposal and joins in this request.

3      Therefore, for good cause shown the above-entitled case is referred to the Office of
4  Probation to begin a presentence report. The Court will set a date for return of the final
5  presentence report and sentencing at the plea on November 29, 2010. The government is
6  directed to provide the Office of Probation with discovery and materials to assist in the
7  preparation of the presentence report, and the defense is directed to complete a Probation
8  "Form One" packet with biographical material and submit it to the Office of Probation
9  immediately. The parties shall also provide the Office of Probation with a copy of the
10 Information and the proposed plea agreement.

11     IT IS SO ORDERED.

12

13
  10/21/2010
14 DATED                               VAUGHN R WALKER
15                                       United States Chief District Court Judge

16 IT IS SO STIPULATED.

17
October 20, 2010                       /s
18 DATED                               MELINDA HAAG
19                                       United States Attorney
                                      Northern District of California
20                                       MATTHEW McCARTHY
21                                       Assistant United States Attorney

22 October 20, 2010                     /s
  DATED                               BARRY J. PORTMAN
23                                       Federal Public Defender
24                                       Northern District of California
                                      STEVEN G. KALAR
25                                       Assistant Federal Public Defender

26

*Pringle*, CR 10-0558 VRW
ORD. INITIATING
PRESENTENCE REPORT                     2